1038

No. 77–5738. NATHANIEL v. ESTELLE, CORRECTIONS DIREC-
TOR. C. A. 5th Cir. Certiorari denied.

No. 77–5741. GATES v. HENDERSON, CORRECTIONAL SUPER-
INTENDENT. C. A. 2d Cir. Certiorari denied.

No. 77–5743. BLAKE v. THOMPSON, WARDEN. C. A. 6th
Cir. Certiorari denied.

No. 77–5749. GLADNEY v. COLORADO. Sup. Ct. Colo. Cer-
tiorari denied.

No. 77–5753. GREER v. CALIFORNIA. Ct. App. Cal., 2d
App. Dist. Certiorari denied.

No. 77–5756. LAYNE v. GUNTER. C. A. 1st Cir. Certio-
rari denied.

No. 77–5758. JOPLIN v. GARRETT. C. A. 10th Cir. Cer-
tiorari denied.

No. 77–5759. STEGMANN v. GARRISON. C. A. 4th Cir.
Certiorari denied.

No. 77–5761. HOLSEY v. GREIF ET AL. C. A. 4th Cir. Cer-
tiorari denied.

No. 77–5764. ASH v. ESTELLE, CORRECTIONS DIRECTOR.
C. A. 5th Cir. Certiorari denied.

No. 77–5766. DEGLER v. MABRY, CORRECTION COMMIS-
SIONER. C. A. 8th Cir. Certiorari denied.

No. 77–5767. SANTANA v. NEW YORK. App. Div., Sup.
Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 77–5783. KINCADE v. HOPPER, WARDEN. C. A. 5th
Cir. Certiorari denied.